IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

v.

**INDICTMENT**

**JAMES MOBLEY**

1:24CR29 AW/ML

_____/

**THE GRAND JURY CHARGES:**

### COUNT ONE

On or about July 11, 2024, in the Northern District of Florida, the defendant,

**JAMES MOBLEY,**

knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm and ammunition in and affecting interstate and foreign commerce, that is:

1. a. On or about February 12, 2002, **JAMES MOBLEY** was convicted in the State of Florida of Possession of Cocaine;

   b. On or about February 12, 2002, **JAMES MOBLEY** was convicted in the State of Florida of Sale of Controlled Substance Within 1000 Ft of a School or a Childcare Facility, and Possession of Controlled Substance;

c. On or about April 6, 2006, **JAMES MOBLEY** was convicted in the State of Florida of Possession of Cocaine;

d. On or about January 11, 2007, **JAMES MOBLEY** was convicted in the State of Florida of Possession of Cocaine;

e. On or about August 27, 2008, **JAMES MOBLEY** was convicted in the State of Florida of two counts of Possession With Intent to Distribute Controlled Substance;

f. On or about February 11, 2010, **JAMES MOBLEY** was convicted in the State of Florida of Trafficking in MDMA;

g. On or about January 13, 2022, **JAMES MOBLEY** was convicted in the State of Florida of Fleeing or Attempting to Elude; and

h. On or about January 13, 2022, **JAMES MOBLEY** was convicted in the State of Florida of Possession of a Controlled Substance Without A Prescription.

2. For each of these crimes, **JAMES MOBLEY** was subject to punishment by a term of imprisonment exceeding one year.

3. Thereafter, **JAMES MOBLEY** did knowingly possess a firearm and ammunition, to wit, a Harrington and Richardson .22 caliber revolver, and ammunition, namely, .22LR caliber.

4.  The firearm and ammunition had previously been transported in interstate and foreign commerce.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(e).

<u>Enhanceable Prior Convictions</u>

Before **JAMES MOBLEY** committed the offense charged in this count, **MOBLEY** had at least three previous convictions for offenses qualifying under Title 18, United States Code, Section 924(e)(2), committed on occasions different from one another.

## FIREARM FORFEITURE

The allegations contained in Count One of this Indictment are hereby realleged and incorporated by reference. Because the defendant,

## JAMES MOBLEY,

knowingly committed the violation set forth in Count One of this Indictment, any and all interest that the defendant has in the firearm and ammunition involved in

3

this violation is vested in the United States and hereby forfeited to the United States pursuant to Title 18, United States Code, Section 924(d)(1).

A TRUE BILL:

*Redacted*

_____11/19/24_____
DATE

_____
JASON R. COODY
United States Attorney

_____
HARLEY W. FERGUSON
Assistant United States Attorney

4